# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**159**
**CAF 14-00145**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND VALENTINO, JJ.

---

IN THE MATTER OF RAECHEL S. CONNELL,
PETITIONER-RESPONDENT,

V                                                                    ORDER

ALAN PETTEYS, RESPONDENT-RESPONDENT.
---------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF
HEALTH AND HUMAN SERVICES, APPELLANT.
(APPEAL NO. 3.)

---

JULIE B. HEWITT, MAYVILLE, FOR APPELLANT.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, ___ AD3d ___ [Mar. 20, 2015]).

Entered: March 20, 2015                          Frances E. Cafarell
                                                 Clerk of the Court